FILED

2005 JAN 13 P 2: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:03CV1702 (RNC)(JGM) |
| v. | : | |
| THERESA LANTZ, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV759 (RNC)(JGM) |
| v. | : | |
| DENNIS JONES, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV1427 (RNC)(JGM) |
| v. | : | |
| BRIAN MURPHY, ET AL. | : | JANUARY 13, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above

entitled actions hereby stipulate that the above referenced matters may be dismissed with prejudice and without costs to any party in accordance with the attached Settlement Agreement entered into between the parties to this matter.

PLAINTIFF
Francis Anderson

By _____
Francis Anderson

Subscribed and sworn to, before me, this __13th__ day of January, 2005.

_____
Notary Public/Commissioner of the Superior Court

DEFENDANTS
THERESA LANTZ ET AL
RICHARD BLUMENTHAL
ATTORNEY GENERAL
By _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. CT08326
110 Sherman Street
Hartford, CT 06105
Tel.: (860)808-5450