FILED

2005 JAN 13 P 2: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:03CV1702 (RNC)(JGM) |
| v. | : | Prisoner |
| THERESA LANTZ, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV759 (RNC)(JGM) |
| v. | : | |
| DENNIS JONES, ET AL. | : | JANUARY 13, 2005 |
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV1427 (RNC)(JGM) |
| v. | : | |
| BRIAN MURPHY, ET AL. | : | JANUARY 13, 2005 |

## SETTLEMENT AGREEMENT

**WHEREAS**, the above-captioned matters were brought by Francis Anderson, as the

1

1

plaintiff against various employees of the State of Connecticut Department of Correction and/or the State of Connecticut; and

**WHEREAS**, the parties agree that settlement of all the issues raised by the above-captioned actions would best serve the interests of the parties;

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, and for and in consideration of the promises, agreements, covenants and conditions herein contained, the adequacy and sufficiency of which are hereby acknowledged by each of the parties hereto, the parties stipulate and agree as follows:

1.  This Agreement constitutes a compromise and settlement of these actions and any other actions currently pending or which could have been brought as of this date against the State of Connecticut, its agencies, agents, and/or current or former employees. Nothing contained herein, nor any actions taken by any party in connection herewith, shall constitute, be construed as, or be deemed to be, an admission of fault, liability, or wrongdoing, or an admission of a lack of a claim, and is merely to avoid further litigation with the parties to this and the other listed actions.

2.  The plaintiff shall immediately, and with prejudice and without any award of costs or attorneys fees, stipulate to dismiss these matters, and shall execute the Release of Liability which is attached hereto as Exhibit A.

2

3. Upon the execution by the plaintiff of the signed Release of Liability, the dismissal of these actions with prejudice, the State of Connecticut shall, as soon as possible, pay to the plaintiff the sum of $1,500.00 (One thousand five hundred dollars) and barring any unforeseen emergencies transfer plaintiff to the Whiting Forensic Institute on January 18, 2005. DMHAS shall control how long plaintiff stays at Whiting. The defendants agree that they will not seek, as an offset against the one thousand five hundred dollars, plaintiff's costs of incarceration. However, nothing in this agreement waives the state's right to seek the costs of plaintiff's incarceration from any other proceeds that plaintiff has or receives at any point in time. This consideration is in full discharge, satisfaction and release of all the claims asserted in connection with the above captioned actions.

4. The parties expressly acknowledge that this settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of these lawsuits, which could have been the subject of these lawsuits and/or relate to, refer to and/or reflect plaintiff's incarceration in the State of Connecticut. In furtherance thereof, the undersigned plaintiff does now and forever release the defendants to these matters and any present or former officers, agents and employees of the State of Connecticut, Department of Correction and the State of Connecticut itself from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned

3

matters in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

5. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of these lawsuits and matters with respect to all of the defendants thereto, and that the respective parties will each bear their own costs, fees, and expenses.

6. This Settlement Agreement may be executed in counterpart. A copy or facsimile copy shall be as valid as the original.

PLAINTIFF
Francis Anderson
Date: _____
Francis Anderson, #139042
Northern Correctional Institution
Box 665
Somers, CT 06071

Subscribed to and sworn to before me this *13* day of *January*, 2005.

_____
Commissioner of the Superior Court/
~~Notary Public~~
~~My Commission Expires~~: _____

Date: 1/13/05

DEFENDANTS
John Armstrong, et al.

_____
Ann E. Lynch

4

Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Federal Bar # ct08326

5