IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

**FILED**

2005 JAN 14 P 2:41

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| FRANCIS ANDERSON <br><br> v. <br><br> DAVID BUDLONG ET AL. | 3:02 CV 1165 (RNC)(JGM) <br><br><br><br> DATE: JAN. 14, 2005 |
| FRANCIS ANDERSON <br><br> v. <br><br> EDWARD BLANCHETTE, M.D. ET AL. | 3:02 CV 1181 (RNC)(JGM) <br><br><br><br> DATE: JAN. 14, 2005 |
| FRANCIS ANDERSON <br><br> v. <br><br> THERESA LANTZ ET AL. | 3:03 CV 1702 (RNC)(JGM) <br><br><br><br> DATE: JAN. 14, 2005 |
| FRANCIS ANDERSON <br><br> v. <br><br> DENNIS JONES ET AL. | 3:04 CV 759 (RNC)(JGM) <br><br><br><br> DATE: JAN. 14, 2005 |

AO 72A
(Rev. 8/82)

```
-----------------------------------------------x
                                               :
FRANCIS ANDERSON                               :    3:04 CV 1427 (RNC)(JGM)
                                               :
v.                                             :
                                               :
BRIAN MURPHY ET AL.                            :    DATE: JAN. 14, 2005
                                               :
-----------------------------------------------x
```

## ORDER

As agreed to in open court yesterday as part of the settlement of these five actions, the Court waives collection of any filing fees not yet submitted to the Court.

Dated at New Haven, Connecticut, this 14th day of January, 2005.

Joan Glazer Margolis<br>
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)