FILED
2005 JAN 13 P 2:14

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT   U.S. DISTRICT COURT
                          NEW HAVEN CT

| FRANCIS ANDERSON | : | CIVIL NO. 3:03CV1702 (RNC)(JGM) |
| --- | --- | --- |
| v. | : | |
| THERESA LANTZ, ET AL. | : | JANUARY 13, 2005 |

| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| --- | --- | --- |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | JANUARY 13, 2005 |

| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| --- | --- | --- |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | | JANUARY 13, 2005 |

| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV759 (RNC)(JGM) |
| --- | --- | --- |
| v. | : | |
| DENNIS JONES, ET AL. | | JANUARY 13, 2005 |

| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV1427 (RNC)(JGM) |
| --- | --- | --- |
| v. | : | |
| BRIAN MURPHY, ET AL. | | JANUARY 13, 2005 |

January 20, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN 20 A 11 29
U.S. DISTRICT COURT
HARTFORD, CT.

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above